UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**

Joshua I. Goldman, Esq.

6267 Old Water Oak Road, Suite 203

Tallahassee, FL 32312

(850) 422-2520 (telephone)

(850) 422-2567 (facsimile)

Josh.Goldman@padgettlawgroup.com

*Attorneys for MEB Loan Trust VI*

In Re:

**Russell A Poles,**

                    Debtor(s).

Case No.: 26-13789-CMG

Chapter: 13

Judge: Christine M. Gravelle

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MEB Loan Trust VI. A request is made that the documents  filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

By:*/s/ Joshua I. Goldman*

Dated: April 17th, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for MEB Loan Trust VI*

In Re:

**Russell A Poles,**

               Debtor(s).

Case No.: 26-13789-CMG

Chapter: 13

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1.  I, Alicia Barbour:
    ☐ represent _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the

    above captioned matter.

    ☐ am the _____ in the above case and am representing myself.
1.  On April 17th, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*
2.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Alicia Barbour*
Dated:  April 17th, 2026              Alicia Barbour

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Russell A Poles**<br>118 Worman Rd<br>Stockton, NJ 08559 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Andre L. Kydala**<br>Andre Kydala, Esq.<br>12 Lower Center Street<br>PO Box 5537<br>Clinton, NJ 08809 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.