| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Cory F. Woerner, Esq. 296702019 | |
| In Re:<br><br>Russell A Poles,<br><br><br>          Debtor. | CASE NO.: 26-13789-CMG<br><br>CHAPTER 13 |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 13), and states as follows:

1. Debtor, Russell A Poles, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 7, 2026; thereafter, on April 26, 2026, the Debtor filed the Chapter 13 Plan at Doc No. 13, that is the subject of this objection.

2. Secured Creditor holds a security interest in the Debtor's real property located at 118 Worman Road, Stockton, NJ 08559, by virtue of a Mortgage recorded on November 3, 2006 in Document number 20061103000076560 of the Public Records of Hunterdon County, NJ.  Said Mortgage secures a Note in the amount of $720,000.00.

3. The mortgage which secures the property contains an occupancy provision requiring the Debtor use the property as his primary residence.

4. In the Plan the Secured Creditor is under Section 4 (d) "Request for valuation of Security, Cram-down, Strip off & interest Rate Adjustments."

5. The plan also purports to sell the subject property.

6. The plan is proposed in violation of 11 U.S.C. 1322(b)(2); and therefore cannot be confirmed.

7. The Debtor cannot cram down the first position mortgage on their primary residence.

8. Further, pursuant to the debtor's schedules the value of the real estate is $1,000,000.00; therefore the value exceeds the claim amount.

9. It is anticipated that the Secured Creditor's claim will evidence pre-petition arrears of $103,216.55 and an approximate total claim amount of $601,847.85; these figures are not to be construed as a substitute for a formal proof of claim.

10. To the extend the Debtor seeks to cram down, strip off, or otherwise adjust the interest rate owed to Secured Creditor, the Secured Creditor objects and avers the plan is filed in bad faith and cannot be confirmed.

11. To the extent the Debtor's plan is to sell the subject property the Secured Creditor objects in the that the property is not currently listed for sale, nor has the Debtor sought to employ a real estate professional or an auctioneer to facilitate the sale of the subject property.

12. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

(This space intentionally left blank)

WHEREFORE, Secured Creditor respectfully requests this Court sustain the objections stated herein and

deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and

proper.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
Fax: 973-404-8886

By: /s/Cory F. Woerner
Cory F. Woerner, Esquire
NJ Bar Number 296702019
Email: cwoerner@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Cory F. Woerner, Esq. 296702019 | |
| In Re:<br><br>Russell A Poles,<br><br><br>          Debtor. | CASE NO.: 26-13789-CMG<br><br>CHAPTER 13 |

CERTIFICATION OF SERVICE

1. I, Maria Jaramillo, am the secretary/paralegal for Robertson, Anschutz, Schneid, Crane & Partners, PLLC, who represents the Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 in the above-captioned matter.

2. On May 5, 2026, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date : 5/5/2026

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
Fax: 973-404-8886
By: /s/ Maria Jaramillo
Email: mjaramillo@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andre L. Kydala<br>Andre Kydala, Esq.<br>12 Lower Center Street<br>PO Box 5537<br>Clinton, NJ 08809 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Russell A Poles<br>118 Worman Rd<br>Stockton, NJ 08559 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |