Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−13789−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Russell A Poles
118 Worman Rd
Stockton, NJ 08559

Social Security No.:
   xxx−xx−9643

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/3/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2026
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-13789-CMG

Russell A Poles                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                        Page 1 of 2

Date Rcvd: Jun 03, 2026                     Form ID: 148                       Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell A Poles, 118 Worman Rd, Stockton, NJ 08559-1613 |
| 521062562 | + | MEB REO Trust VI, c/o US Bank Trust, 1011Center Rd Suite 203, Wilmington, DE 19805-1266 |
| 521219322 | + | Onity Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm beach FL 33416-4605 |
| 521062561 | + | deutsche Bank, Attn Brock and Scott, 302Fellowship Rd, Mount Laurel, NJ 08054-1218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 03 2026 20:52:00 | Deutsche Bank Trust Company Americas,, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 521087881 | + | Email/PDF: bncnotices@becket-lee.com | Jun 03 2026 20:54:05 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 521087882 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2026 20:54:04 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 521236265 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2026 20:52:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 521087883 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2026 20:52:00 | PNC, PO Box 747032, Pittsburgh, PA 15274 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3        User: admin        Page 2 of 2

Date Rcvd: Jun 03, 2026        Form ID: 148        Total Noticed: 11

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Debtor Russell A Poles kydalalaw@aim.com  kydalalaw@aim.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank Trust Company Americas  as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank Trust Company Americas  cwoerner@raslg.com |
| Joshua I. Goldman | on behalf of Creditor MEB Loan Trust VI josh.goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7