Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−13789−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Russell A Poles
   118 Worman Rd
   Stockton, NJ 08559

Social Security No.:
   xxx−xx−9643

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              8/26/26
Time:              10:00 AM
Location:            Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 27, 2026
JAN: rms

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-13789-CMG

Russell A Poles                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 27, 2026 | Form ID: 132 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell A Poles, 118 Worman Rd, Stockton, NJ 08559-1613 |
| 521062562 | + | MEB REO Trust VI, c/o US Bank Trust, 1011Center Rd Suite 203, Wilmington, DE 19805-1266 |
| 521219322 | + | Onity Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm beach FL 33416-4605 |
| 521062561 | + | deutsche Bank, Attn Brock and Scott, 302Fellowship Rd, Mount Laurel, NJ 08054-1218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2026 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2026 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 27 2026 21:16:00 | Deutsche Bank Trust Company Americas,, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 521087881 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2026 21:29:34 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 521087882 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2026 21:29:23 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 521236265 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2026 21:16:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 521239326 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2026 21:16:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 521087883 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2026 21:16:00 | PNC, PO Box 747032, Pittsburgh, PA 15274 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3                                    User: admin                                    Page 2 of 2

Date Rcvd: Jul 27, 2026                          Form ID: 132                              Total Noticed: 12

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Trustee Albert Russo kydalalaw@aim.com  kydalalaw@aim.com |
| Andre L. Kydala | on behalf of Debtor Russell A Poles kydalalaw@aim.com  kydalalaw@aim.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank Trust Company Americas  as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank Trust Company Americas  cwoerner@raslg.com |
| Joshua I. Goldman | on behalf of Creditor MEB Loan Trust VI josh.goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8