Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−13789−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Russell A Poles
118 Worman Rd
Stockton, NJ 08559

Social Security No.:
xxx−xx−9643

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 04/26/2026 and a confirmation hearing on such Plan has been scheduled for 09/16/2026 at 10:00 AM.

The debtor filed a Modified Plan on 09/14/2026 and a confirmation hearing on the Modified Plan is scheduled for 10/28/2026 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 15, 2026
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-13789-CMG

Russell A Poles Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 15, 2026 | Form ID: 186 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell A Poles, 118 Worman Rd, Stockton, NJ 08559-1613 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 340514, Tampa, FL 33694-0514 |
| 521062562 | + | MEB REO Trust VI, c/o US Bank Trust, 1011Center Rd Suite 203, Wilmington, DE 19805-1266 |
| 521219322 | + | Onity Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm beach FL 33416-4605 |
| 521062561 | + | deutsche Bank, Attn Brock and Scott, 302Fellowship Rd, Mount Laurel, NJ 08054-1218 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2026 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2026 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2026 21:17:00 | Deutsche Bank Trust Company Americas,, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 521087881 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2026 21:21:25 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 521087882 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2026 21:21:14 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 521325626 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521331502 | | Email/Text: mtgbk@shellpointmtg.com | Sep 15 2026 21:17:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521331503 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 15 2026 21:17:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 521219322 | ^ | MEBN | Sep 15 2026 21:09:46 | Onity Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm beach FL 33416-4605 |
| 521087883 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2026 21:17:00 | PNC, PO Box 747032, Pittsburgh, PA 15274 |
| 521236265 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2026 21:17:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 521239326 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2026 21:17:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 521311051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | |
|---|---|---|
| | Sep 15 2026 21:21:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Alyk L. Oflazian | on behalf of Creditor MEB Loan Trust VI alyk.oflazian@padgettlawgroup.com |
| Andre L. Kydala | on behalf of Debtor Russell A Poles kydalalaw@aim.com kydalalaw@aim.com |
| Andre L. Kydala | on behalf of Trustee Albert Russo kydalalaw@aim.com kydalalaw@aim.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank Trust Company Americas cwoerner@raslg.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9